DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONIO DINARDO** and **COLETTE DINARDO,**
Appellants,

v.

**COMMUNITY LOAN SERVICING, LLC** f/k/a
**BAYVIEW LOAN SERVICING, LLC,**
Appellee.

No. 4D22-1093

[January 18, 2023]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE19-010970.

Peter J. Snyder of Peter J. Snyder, P.A., Boca Raton, for appellants.

Joseph G. Paggi III of Deluca Law Group, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Radice Corp. v. Sound Builders, Inc.*, 471 So. 2d 86 (Fla. 2d DCA 1985).

WARNER, GROSS and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***